JS 45 (1/96) Electronic Version

# Criminal Case Cover Sheet – U.S. District Court

**SEALED**

15 CR 054 WMC

**Place of Offense:**
City: _____
County/Parrish: _____

**Related Case Information:**
Superseding _____  Docket Number _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20 / R40 from District of _____

**Defendant information:**

Matter to be Sealed  ✓ Yes  ____ No

Def. Name: Amadou Camara
Alias Name: _____
City/State: Chicago, IL
Year of Birth: 1991        Last 4 digits of SSN: 2493
Sex: M        Race: B

**U.S. Attorney Information:**

AUSA: ROBERT A. ANDERSON        Bar #: _____
Interperter:  ✓ No  ____ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date: _____

____ Already in Federal Custody as of: _____ in _____
____ Already in State Custody
____ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts:  2    ____ Petty   ____ Misdemeanor   ✓ Felony
                                      ____ Class A
                                      ____ Class B
                                      ____ Class C

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 21 USC § 846 | conspiracy to distribute marijuana | 1 |
| Set 2 | 21 USC § 846 | attemtp to possess with intent to distribute marijuana | 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date: _____        **Signature of AUSA**  /s/ ROBERT A. ANDERSON