AO 82
(Rev. 3/78)

RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF WISCONSIN

4203

at _____

RECEIVED FROM

Master Amada Camara
(Republic of the Gambia)

| ACCOUNT | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
| **TOTAL** |  |

**Account Code**

- 100 DEPOSIT FUND
  - 101 Trustee Fees
  - 102 Restitution
- 200 REGISTRY FUND
  - 201 Cash Bail
  - 202 Land Condemnation
- GENERAL AND SPECIAL FUND
  - 310 Immigration Fees
  - 320 Attorney Admission Fee
  - 330 Filing Fees
    - 331 Civil Cases
    - 332 Writ of Habeas Corpus
    - 333 Appeals
    - 334 Bankruptcy Cases (Clerk's Fee)
  - 340 Sale of Publications
  - 350 Copy Fees
  - 360 Miscellaneous Fees
  - 380 Recoveries of Costs
  - 390 Bankruptcy Filing Fees and Special Charges
- FINES, PENALTIES AND FORFEITURES
  - 410 Agricultural Laws
  - 420 Economic and Stabilization Laws
  - 430 Immigration and Labor Laws
  - 440 Customs, Commerce and Anti-Trust Laws
  - 450 Narcotics, Prohibition and Alcohol Laws
  - 460 Forfeitures of Unclaimed Money and Property
  - 470 Mining Enforcement and Safety Administration
  - 480 Internal Revenue Service (Criminal Fines)
  - 490 Collateral Forfeitures (CVB)
  - 500 Appearance Bond Forfeitures and Other Fines, Penalties or Forfeitures Not Otherwise Classified

Case Number or Other Reference

15-CR-054-wmc

#PC 386477

DATE 6/26/2015  Cash ☐ Check ☐ M.O. ☐

DEPUTY CLERK JAF