IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,                    Case No. 15-CR-54-2

v.

AMADOU CAMARA,

        Defendant.

---
NOTIFICATION OF FILING MOTIONS

---

        Please be advised that defendant Amadou Camara will not be filing any pre trial motions in the above case.

                              Respectfully Submitted,

                              GREGORY N. DUTCH
                              Attorney For Amadou Camara


                              s/Gregory N. Dutch
                              Appointed counsel

                           CERTIFICATE OF SERVICE

        I hereby certify that on August 27, 2015, I electronically filed the foregoing with the Clerk of Court for the United States District Court of Wisconsin, Western Division by using the CM/However, ECF system. Participation in the case who are registered CM/ECF users will be served by the CM/ECF system. I further certify that Camara in this case is not a CM/ECF user. I have mailed the foregoing document by First Class Mail, postage prepared within 3 calendar days

to the non-CM/ECF participant.

s/Gregory N. Dutch
Gregory N. Dutch
