IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA | INFORMATION |
| v. | Case No. __15-cr-54-wmc__ |
| AMADOU CAMARA, | 21 U.S.C. § 846 |
| Defendant. | |

---

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT 1</u>

From on or about a date in September 2012, until in or about February 2015, in the Western District of Wisconsin and elsewhere, the defendant,

AMADOU CAMARA,

conspired and agreed with others known and unknown to the grand jury, to knowingly and intentionally distribute and possess with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(All in violation of Title 21, United States Code, Section 846).

__11/17/2015__
Date

for __[signature]__
JOHN W. VAUDREUIL
United States Attorney