AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
### Western District of Wisconsin

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No. 15-cr-00054-wmc |
| AMADOU CAMARA | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11/17/2015

*Defendant's signature*

*Signature of defendant's attorney*

Attorney Gregory Dutch
*Printed name of defendant's attorney*

*Judge's signature*

Judge William M. Conley
*Judge's printed name and title*