# COURTROOM MINUTES
## ARRAIGNMENT/PLEA HEARING

DATE: 11/17/2015   DAY: Tuesday   START TIME: 1:03 pm   END TIME: 1:45 pm

JUDGE/MAG.: WMC   CLERK: JLS   REPORTER: CS

PROBATION OFFICER: J. Harris   INTERPRETER: ___   SWORN: YES ☐ NO ☐

CASE NUMBER: 15-cr-54-wmc-2   CASE NAME: USA v. Amandou Camara

**APPEARANCES:**

ASST. U.S. ATTY.: Robert Anderson   DEFENDANT ATTY.: Gregory Dutch

DEFENDANT PRESENT: YES ☒ NO ☐

**OFFENSE INFORMATION:**

MAXIMUM PENALTY: CT(S) 1 ; 20 YR(S) IMPRISONMENT; $1,000,000 FINE; 3 YEAR(S) SUPERVISED RELEASE; $100 SPECIAL ASSESSMENT; ☐ RESTITUTION.

DEFENDANT AGE: 23   ☐ INDICTMENT/INFORMATION READ   ☒ DEFENDANT WAIVES READING

**PLEA:**

- ☒ GUILTY
- ☐ NOT GUILTY
- ☐ NO CONTEST
- ☐ MUTE

- ☒ DEFENDANT SWORN
- ☒ PLEA ACCEPTED AS KNOWING AND VOLUNTARY
- ☒ DEFT. ADJUDGED GUILTY BY COURT

**TRIAL SCHEDULE:**

JURY SEL./TRIAL: ___   TRIAL ESTIMATE: ___ DAYS

PTMH/EVID. HRG.: ___   MOTIONS DUE: ___

FPTC: ___   FPTC SUBMISSIONS: ___

FINAL HEARING: ___

**SENTENCING SCHEDULE:**

PRESENTENCE REPORT DUE: 12/29/2015   OBJECTIONS DUE: 1/12/2016

SENTENCING: 2/2/2016 at 1:00 pm

**RELEASE/DETENTION:**

- ☒ ORDER SETTING CONDITIONS OF RELEASE ENTERED/AFFIRMED.
- ☐ DEFENDANT DETAINED PENDING TRIAL/SENTENCING.
- ☐ DEFENDANT TEMPORARILY DETAINED; DETENTION HEARING: ___

**NOTES:**

TOTAL COURT TIME: 42 min