

# U.S. Department of Justice

*John W. Vaudreuil*
*United States Attorney's Office*
*Western District of Wisconsin*

*Telephone 608/264-5158*
*TTY 608/264-5006*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

<u>Address:</u>
222 West Washington Avenue, Suite 700
Madison, Wisconsin 53703

January 12, 2016

Jessica Harris
U.S. Probation Officer
United States Probation and Parole
222 West Washington Avenue, Suite 340
Madison, WI  53703

    Re:    *United States v. Amadou Camara*
             Case No. 15-cr-54-wmc

Dear Ms. Harris:

    Please be advised that I have reviewed the presentence report prepared in the above-captioned case.  The government has no formal objections to file to the presentence report.

                              Very truly yours,

                              JOHN W. VAUDREUIL
                            United States Attorney

                            By:   /s/
                            ROBERT A. ANDERSON
                            Assistant U.S. Attorney

cc:    U.S. District Judge William M. Conley
       Attorney Gregory Dutch