

January 24, 2016

To Whom It May Concern:

I am writing to confirm that Amadou Camara performed as a DJ at Sub 51 nightclub on several occasions as well as helped plan a large scale event at Studio Paris Nightclub. Sub 51 and Studio Paris are both nightlife entities owned and operated by Lettuce Entertain You that bring in world class DJ's and artists as entertainment for their guests.


Please do not hesitate to contact me if more information is needed.


Sincerely,


Christopher Lawrence
Manager
Studio Paris
401-862-1832