## COURTROOM MINUTES
## SENTENCING / JUDICIAL REVIEW

DATE: 2/2/2016  DAY: Tuesday  START TIME: 1:18 pm  END TIME: 2:08 pm
JUDGE/MAG.: WMC  CLERK: JLS  REPORTER: LS
PROBATION OFFICER: J. Harris  INTERPRETER: _____  SWORN:
CASE NUMBER: 15-cr-54-wmc-2  CASE NAME: USA v. Amandou Camara

**APPEARANCES:**
AUSA: Robert Anderson   DEFENDANT ATTY.: Gregory Dutch

DEFENDANT PRESENT: YES

**SENTENCING GUIDELINE RANGE:**
 TOTAL OFFENSE LEVEL: 25  CRIMINAL HISTORY CATEGORY: 1
 ADVISORY GUIDELINE IMPRISONMENT RANGE: 57 to 71 MONTHS.

**SENTENCE:**
COUNT(S) 1 :  ☐ INDICTMENT   ☐ INFORMATION
CBOP  CT. 1 ; 30 MOS.; 3 YRS. S/R; $ 100 CA; $ _____ REST.; $ _____ FINE.
       CT. ___ ; ___ MOS.; ___ YRS. S/R; $ ___ CA; $ _____ REST.; $ _____ FINE.
 ☒ VOLUNTARY SURRENDER: 3/3/2016 between noon and 2:00 pm ;
 ☒ RELEASE CONDITIONS CONTINUED.
 ☐ DETAINED.

**ACTIONS:**
 ☒ PLEA AGREEMENT ACCEPTED
 ☒ DEFENDANT ADVISED OF RIGHT TO ALLOCUTE (OPPORTUNITY TO SPEAK)
 ☒ DEFENDANT ADVISED OF RIGHT TO APPEAL
 ☐ GOVERNMENT MOTION TO DISMISS REMAINING COUNTS GRANTED
 ☐ REVOKED

**NOTES:**
Motion to dismiss the Indictment is granted.

TOTAL COURT TIME: 50 min