IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

___

UNITED STATES OF AMERICA,

       Plaintiff,                         Case No. 15-CR-54-2

v.

AMADOU CAMARA,

       Defendant.__
___

**MOTION TO STAY PRISON REPORT DATE**

___

      Now comes defendant, Amadou Camara, by his attorney Gregory N. Dutch, respectfully requests this Court to stay defendant's prison report date, currently scheduled for March 3, 2016 at Great Plains Correctional Center, located in Hinston OK. Camara would be requesting an additional 30 days to report. Said request is based on the attached affidavit.

      February 26, 2016

                                       Respectfully Submitted,

                                       //Gregory N. Dutch
                                       Attorney For Amadou Camara
                                       131 West Wilson Street, Suite 1201
                                       Madison, Wisconsin 53703
                                       (608)661-5100
                                       FAX: (608)259-7699
                                       E-Mail nd@mydlaw.com

CERTIFICATE OF SERVICE

      I hereby certify that on February 26, 2016, I electronically filed the foregoing with the Clerk of Court for the United States District Court of Wisconsin, Western Division by using the CM/ECF system.  Participation in the case who are registered CM/ECF users will be served by the CM/ECF system.  I further certify that Camara in this case is not a CM/ECF user.  I have mailed the foregoing document by First Class Mail, postage prepared within 3 calendar days to the non-CM/ ECF participant.

      s/Gregory N. Dutch
      Gregory N. Dutch