IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER |
| Plaintiff, | |
| | 15-cr-54-wmc-2 |
| v. | |
| AMADOU CAMARA, | |
| Defendant. | |

Pursuant to telephonic hearing today at which the government was represented by Assistant U.S. Attorney Robert Anderson and defendant was represented by Greg Dutch, the court GRANTED defendant's Motion to Stay Prison Report Date for an additional 30 days (dkt. #229). All release conditions remain the same; Mr. Camara is ordered to report on April 4th at a time and place to be designated by further order of the court.

Entered this 29th day of February, 2016.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge