**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AMADOU CAMARA
C/O HADDY AND HABIBOU CAMARA

SUN PRAIRIE WI 53590

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Amadou Camara_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

AMADOU CAMARA

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7010 2780 0003 5462 7044

PS Form 3811, July 2013          Domestic Return Receipt

UNITED STATES POSTAL SERVICE

WI 530

11 MAR '16

PM 3 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

United States District Court
120 N. Henry Street, Room 320
Madison, WI 53703

15-CR-54 WMC 2