**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
120 NORTH HENRY STREET, ROOM 320
MADISON, WISCONSIN 53703

OFFICIAL BUSINESS



7010 2780 0003 5462 7068



017H15562829
$6.73⁵
03/10/2016
Mailed From 53703
US POSTAGE
HASLER

AMADOU CAMARA
C/O HADDY AND HABIBOU CAMARA
███████████
SUN PRAIRIE WI 53590



3/12/16

NIXIE            530    5E  1700          0003/30/16
            RETURN TO SENDER
                UNCLAIMED
            UNABLE TO FORWARD



BC: 5703430499    *2025-11353-10-44

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>AMADOU CAMARA<br>C/O HADDY AND HABIBOU CAMARA<br>SUN PRAIRIE WI 53590 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail®   ☐ Priority Mail Express™<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ Collect on Delivery |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7010 2780 0003 5462 7068 |

PS Form 3811, July 2013        Domestic Return Receipt