| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *a Herrigs*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  4/5/16 |
| 1. Article Addressed to:<br><br>U.S. Department of Justice<br>Immigration and Customs Enforcement<br>310 East Knapp Street<br>Milwaukee, WI 53202 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail®   ☐ Priority Mail Express™<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ Collect on Delivery<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7010 2780 0003 5462 7082 |

PS Form 3811, July 2013          Domestic Return Receipt

UNITED STATES POSTAL SERVICE
MILWAUKEE WI 532
05 APR '16
PM 1 L

| First-Class Mail |
| Postage & Fees Paid |
| USPS |
| Permit No. G-10 |

• Sender: Please print your name, address, and ZIP+4® in this box•

United States District Court
120 N. Henry Street, Room 320
Madison, WI 53703

1SCR54 WMC2 Camara

703255995